

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00396-CR

Roy **ALVAREZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6084
Honorable Ray Olivarri, Judge Presiding

## ORDER

The Appellant's First Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Nicolas A. LaHood                    Ronald Ortman
        District Attorney, Bexar County      Law Office of Ronald A. Ortman
        101 W. Nueva, Suite 370              700 N. Saint Mary's St.
        San Antonio, TX 78205                Suite 1400
                                             San Antonio, TX 78205